IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RON JONES                                                                PLAINTIFF
#50737

v.                              No: 4:21-cv-998-DPM

ERIC HIGGINS, Sheriff, Pulaski County;
ROSE, Major, Supervisor, PCRDF;
ALLEN, Lieutenant, Housing, PCRDF; and
NEWBURN, Lieutenant, Housing Night Shift,
PCRDF                                                                  DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Motion to voluntarily dismiss, *Doc. 5*, granted. Jones's complaint will be dismissed without prejudice. He remains responsible for the filing fee. 28 U.S.C. § 1915(b)(1). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 January 2022